

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00504-CV

**IN THE INTEREST OF J.J.M., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01761
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights which be must brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The appellant's brief was originally due on September 19, 2022. Neither the brief nor a motion for extension of time to file the brief has been filed.

The clerk's record, which was filed on August 22, 2022, contains a motion to withdraw filed by appellant's appointed trial counsel, Mr. Roberto Ambrosino, Jr., but does not contain any orders either granting Mr. Ambrosino's motion to withdraw or appointing alternative appellate counsel. We therefore **ORDER** Mr. Ambrosino to file appellant's brief in this appeal no later than October 10, 2022. If the brief is not filed by such date, this appeal will be abated to the trial court for a hearing to determine if new counsel should be appointed and to consider whether sanctions should be imposed against Mr. Ambrosino for failing to timely file appellant's brief.

It is so **ORDERED** September 21, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT